UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN GARRISON,

   Plaintiff,

 v.

WELLS FARGO BANK, N.A.,

   Defendant.

Case No. 23-cv-01174-HSG

**SCHEDULING ORDER**

A case management conference was held on June 20, 2023. Having considered the parties' proposal, *see* Dkt. No. 17, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | August 18, 2023 |
| Close of Fact Discovery | December 15, 2023 |
| Exchange of Opening Expert Reports | January 5, 2024 |
| Exchange of Rebuttal Expert Reports | January 26, 2024 |
| Close of Expert Discovery | February 9, 2024 |
| Dispositive Motion Hearing Deadline | March 28, 2024, at 2:00 p.m. |
| Pretrial Conference | June 25, 2024, at 3:00 p.m. |
| Jury Trial (3 days) | July 8, 2024, at 8:30 a.m. |

//

//

//

//

1   These dates may only be altered by order of the Court and only upon a showing of good
2   cause. The parties are directed to review and comply with this Court's standing orders.
3   **IT IS SO ORDERED.**
4   Dated: 6/21/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge

2