MARK I. WRAIGHT (State Bar No. 228303)
miw@severson.com
BENJAMIN J. HOWARD (State Bar No. 320682)
bjh@severson.com
SEVERSON & WERSON
A Professional Corporation
595 Market Street, Suite 2600
San Francisco, California 94105
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant Wells Fargo Bank, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN GARRISON,<br><br>            Plaintiff,<br><br>      vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>            Defendant. | Case No. 4:23-cv-01174-HSG<br><br>**ORDER AS MODIFIED ON JOINT STIPULATION FOR ARBITRATION AND STAY OF CASE** |

The Court having received and reviewed the Stipulation of the Parties, orders as follows

1.      The parties shall submit to binding arbitration;

2.      The arbitration shall be conducted through AAA; and

3.      This action shall be STAYED in its entirety until the arbitration has been completed.

4.      The parties are further DIRECTED to file a joint status report regarding the status of the arbitration proceeding 120 days from the date of this order and every 120 days thereafter unless otherwise ordered, and shall notify the Court within 48 hours of the completion of arbitration.

//

//

//

1    The Clerk is directed to administratively close the case.

2    **IT IS SO ORDERED.**

3    DATED:  6/29/2023

4

5    _____

6    Haywood S. Gilliam, Jr.
     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28